No. 1026. ZIMMERMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Bernard A. Berkman, Larry S. Gordon, Joshua J. Kancelbaum,* and *Gerald A. Messerman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.

No. 1038. UNITED MEDICAL LABORATORIES, INC. v. COLUMBIA BROADCASTING SYSTEM, INC., ET AL. C. A. 9th Cir. Certiorari denied. *Kenneth E. Roberts* for petitioner. *Manley B. Strayer* and *Cleveland C. Cory* for respondents.

No. 1046. BARWICK ET AL. v. V'SOSKE ET AL. C. A. 2d Cir. Certiorari denied. *Richard Joyce Smith, Forbes D. Shaw, John V. Thornton,* and *T. David Mullen* for petitioners. *Harold L. Warner, Jr.,* and *Carl S. Rowe* for respondents.

No. 1058. CHUFF v. BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT #2 OF TOWNS OF FRANKFORT AND SCHUYLER ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied. *Stewart T. Schantz* for petitioner. *George H. Getman* for Board of Education of Central School District #2 of Towns of Frankfort and Schuyler et al., and *John P. Jehu* for Allen et al., respondents.

No. 37. McGARRY v. UNITED STATES. C. A. 1st Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Edward Bennett Williams* and *Harold Ungar* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin,* and *Joseph M. Howard* for the United States.